# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Caroline Smith-Flatow
Plaintiff

-vs-

S. Reyes (Star #17832), L. Wise (Star #15647), and the City of Chicago

08CV 647
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Carolone Smith-Flatow
Plaintiff

**FILED**
JAN 3 0 2008   NF
1-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Franco S. La Marca | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ [signature] | |
| FIRM | |
| Erickson & Oppenheimer, LLC | |
| STREET ADDRESS | |
| 1051 W. Belmont | |
| CITY/STATE/ZIP | |
| Chicago, IL 60657 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6292220 | 1.773.935.3130 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |