IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAROLINE SMITH-FLATOW, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 647 |
| | ) | |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| CHICAGO POLICE OFFICERS | ) | |
| S. REYES (Star #17832), | ) | Magistrate Judge Denlow |
| L.Wise (Star #15647), | ) | |
| and the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   All parties of record

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Der-Yeghiayan, or before such other Judge sitting in his place or stead, on the 24th day of April, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 18th day of April 2008.

                                           MARA S. GEORGES
                                         CORPORATION COUNSEL
                                         CITY OF CHICAGO

                             BY:   /s/ Helen C. Gibbons

City of Chicago, Department of Law        HELEN C. GIBBONS
30 North LaSalle Street, Suite 1020         Assistant Corporation Counsel
Chicago, Illinois  60602                         Attorney for Defendant City
(312) 742-3541 Phone
(312) 744-3989 Fax
Attorney No. 6292881