UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Caroline Smith−Flatow
        Plaintiff,

v.              Case No.: 1:08−cv−00647
              Honorable Samuel Der−Yeghiayan

S Reyes, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2008:

  MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Defendant City of Chicago's motion for extension of time to answer or otherwise plead [9] is granted to and including 05/16/08. Status hearing reset to 05/21/08 at 9:00 a.m. Status hearing set for 04/30/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.