IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAROLINE SMITH-FLATOW, | ) | |
| | ) | |
| Plaintiff, | ) | No.   08 C 0647 |
| | ) | |
| v. | ) | JUDGE DER-YEGHIAYAN |
| | ) | |
| CHICAGO POLICE OFFICERS S. REYES, (Star #17832), L. WISE, (Star #15647), and the CITY OF CHICAGO, | ) ) ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND
JURY DEMAND TO PLAINTIFF'S COMPLAINT**

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 16 day of May, 2008.

                                                              MARA S. GEORGES
                                                               Corporation Counsel
                                                                of the City of Chicago

                    BY:      /s/ Helen C. Gibbons
                                       HELEN C. GIBBONS
                                       Assistant Corporation Counsel

30 North LaSalle Street, Room 1020
Chicago, Illinois  60602
(312) 742-3541
Attorney No. 6292881