

| Richard M. Daley | Department of Police • City of Chicago | Jody P. Weis |
|---|---|---|
| Mayor | 3510 S. Michigan Avenue • Chicago, Illinois 60653 | Superintendent of Police |

28 February 2008

Erickson & Oppenheimer, LLC
4554 North Broadway, Suite 325
Chicago, Il 60640

RE: **Caroline Smith – Flatow, v S. Reyes, et al.**
08 C 647

Dear Sir/Madam:

Please be advised that we are in receipt of the above captioned summons and complaint. Unfortunately the Office of Legal Affairs can not facilitate service upon L. Wise, Star 15647, because Office Wise is on Military Leave/ Endurng Freedom (July 20, 2007). However; the Office of Legal will attempt to facilitate service for the other named defendant.

Please contact Mrs. Emerald Yancy or Sergeant Matt Brady (312) 745-6115, if you have any questions or concerns.

Very truly yours,

William E. Bazarek

William Bazarek
Acting General Counsel to the Superintendent

WB/ey

Emergency and TTY: 9-1-1 • Non Emergency and TTY: (within City limits) 3-1-1 • Non-Emergency and TTY: (outside City limits) (312) 746-6000

E-mail: police@cityofchicago.org • Website: www.cityofchicago.org/police

MAR 0 3 2008