IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAROLINE SMITH-FLATOW,     )<br>         Plaintiff,     )<br>              )<br>-v-       )<br>              )<br>CHICAGO POLICE OFFICERS   )<br>S. REYES (Star #17832),    )<br>L. WISE (Star #15647),     )<br>and the CITY OF CHICAGO   )<br>         Defendant-Appellant.   ) | No. 08 C 0647<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Denlow |

NOTION OF MOTION

To:

City of Chicago Department of Law
Helen C. Gibbons
30 N. LaSalle St.
Suite 1020
Chicago, IL 60602

City of Chicago Department of Law
Ashley C. Kosztya
30 N. LaSalle St.
Suite 1020
Chicago, IL 60602

PLEASE TAKE NOTICE that on June 5, 2008, at 9:00am, before the Honorable Der-Yeghiayan, I will present PLAINTIFF'S MOTION FOR EXTENTION OF TIME TO SERVE DEFENDANT L. WISE.

Respectfully submitted,

/s/ Jon Erickson

Attorney for Plaintiff
Erickson & Oppenheimer, PC
4554 N Broadway, Suite 325
Chicago, IL 60640
773-907-0940