## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 647 | **DATE** | 6/5/2008 |
| **CASE TITLE** | Caroline Smith-Flatow vs. S Reyes, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. As stated on the record, Plaintiff Caroline Smith-Flatow's motion for extension of time to serve Defendant L. Wise [15] is granted in part and denied in part. Plaintiff is given until 08/05/08 to serve summons and complaint on Defendant L. Wise. Plaintiff is warned that failure to serve Defendant L. Wise by 08/05/08 may result in a dismissal of that Defendant pursuant to FRCP 4. Defendants S. Reyes and L. Wise, if properly served by 08/05/08, are given until 08/29/08 to answer or otherwise plead to Plaintiff's complaint. Status hearing reset to 09/04/08 at 9:00 a.m. Status hearing set for 08/12/08 is stricken.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | mw |
|---|---|---|