AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

CAROLINE SMITH-FLATOW

V.

CHICAGO POLICE OFFICERS
S. REYES (STAR #17832),
L. WISE (STAR #15647),
and the CITY OF CHICAGO

CASE NUMBER:

ASSIGNED JUDGE: 1:08-cv-00647
Aspen

DESIGNATED
MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

Lucas Wise
420 S. Clinton, #612
Chicago, IL 60607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Erickson & Oppenheimer
4554 N. Broadway Ave.
Suite 325
Chicago, IL 60640

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                          DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE  7/23/2008 |
|---|---|
| NAME OF SERVER *(PRINT)*  Jerome White | TITLE  A Non-attorney |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served:   420 S. Clinton, #612 Chicago, IL 60607

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Ø | Ø | Ø |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/23/2008      *Jerome White*
             *Date*           *Signature of Server*

           4554 N. Broadway
           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.