## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV647　　　　　　　　Assigned/Issued By: J. N.

Judge Name:　　　　　　　　　　　　Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*　☐ $350.00　　☐ $39.00　　☐ $5.00

　　　　　　　☐ IFP　　　　☐ No Fee　　☐ Other _____

　　　　　　　☐ $455.00

Number of Service Copies _____　　Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____　　　　Receipt #: _____

Date Payment Rec'd: _____　　Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons　　　　　　　　　　　　　☐ Alias Summons

☐ Third Party Summons　　　　　　　☐ Lis Pendens

☐ Non Wage Garnishment Summons　　 ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

　　　　　　　　　　　　　　　　　　　*(Victim, Against and $ Amount)*

☐ Citation to Discover Assets

　　　　　　　　　　　　　　　　　　　☐ Other

☐ Writ _____
　　　*(Type of Writ)*
　　　　　　　　　　　　　　　　　　　*(Type of issuance)*

<u>1</u> Original and <u>1</u> copies on <u>7-29-08</u> as to <u>L. WISE</u>
　　　　　　　　　　　　(Date)