AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CAROLINE SMITH-FLATOW

CASE NUMBER: 1:08-CV-00647

V.

ASSIGNED JUDGE: Marvin E. Aspen

Chicago Police Department Officers
S. Reyes (Star #17832)
L. Wise (Star #15647) and
The City of Chicago

DESIGNATED
MAGISTRATE JUDGE: Nan R. Nolan

TO: (Name and address of Defendant)

Lucas Wise
420 S. Clinton, #612
Chicago, IL 60607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUL 2 9 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER *(PRINT)* Jerome White | TITLE Legal Clerk / Case Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _Mrs. Wise (wife)_

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/5/08
             Date

Signature of Server: _Jerome White_

Address of Server: 4554 N. Broadway, Chi, IL 60640

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.