IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CAROLINE SMITH-FLATOW )<br>    Plaintiff,              )<br>                              )<br>  -vs-                      )<br>                              )<br>CHICAGO POLICE OFFICERS )<br>S. REYES (Star #17832),   )<br>L. WISE (Star #15647),    )<br>and the CITY OF CHICAGO, )<br>    Defendants.          ) | | No. 1:08-CV-00647<br><br>Hon. Judge Der-Yeghiayan<br><br>Magistrate Judge Denlow |

### NOTICE OF MOTION and PROOF OF SERVICE

Helen Gibbons
City of Chicago Department of Law
30 N. La Salle St.
Suite 1020
Chicago, IL 60602

Ashley Kosztya
City of Chicago Department of Law
30 N. La Salle St.
Suite 1020
Chicago, IL 60602

                                                            /s/ Jon F. Erickson
                                                            Jon F. Erickson

**PLEASE TAKE NOTICE** that on Monday, August 19, 2008 at 9:00am, before the Honorable Judge Der-Yeghiayan, I will present the attached **Motion to File First Amended Complaint**, copies of which are served upon you by attachment.

 /s/ Jon F. Erickson /s/
Jon F. Erickson

### PROOF OF SERVICE

     The undersigned attorney, on oath, states that he served the above notice and the document referred therein, on the above named person(s), by U.S. mail.

 /s/ Jon F. Erickson /s/
Jon F. Erickson

1

Erickson & Oppeneheimer, P.C.
4554 N. Broadway St., Suite 325
Chicago, IL 60640
773-907-0940
ARDC No. 6279789

2