## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Caroline Smith−Flatow

                Plaintiff,

v.                                                        Case No.: 1:08−cv−00647

                                   Honorable Samuel Der−Yeghiayan

S Reyes, et al.

                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Plaintiff Caroline Smith−Flatow's motion to amend/correct complaint [24] is granted. Defendants are given until 09/12/08 to answer or otherwise plead to Plaintiff's amended complaint. Status hearing reset to 09/16/08 at 9:00 a.m. Status hearing set for 09/04/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.