# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 1:08-CV-0647

CAROLINE SMITH-FLATOW v
CHICAGO POLICE OFFICERS
S. REYES (Star #17832), L. WISE (Star #15647),
AND THE CITY OF CHICAGO

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CAROLINE SMITH-FLATOW

| | |
|---|---|
| NAME (Type or print) <br> BRENDAN SHILLER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ BRENDAN SHILLER | |
| FIRM <br> CIVIL RIGHTS CENTER, P.C. | |
| STREET ADDRESS <br> 4554 N. BROADWAY ST., SUITE #325 | |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60640 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6279789 | TELEPHONE NUMBER <br> 773-907-0940 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |