IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Caroline Smith-Flatow,<br>    Plaintiff,<br><br>-vs-<br><br>The City of Chicago, et. al.<br>    Defendants. | No. 08 cv 00647<br><br>Judge Der-Yeghiayan |

## MOTION TO WITHDRAW

1. Attorney Franco S. La Marca is one of four (4) counsels currently representing Plaintiff, Caroline Smith-Flatow. Attorney La Marca was not retained directly by the Plaintiff, but was employed by co-counsels. In addition, Attorney La Marca did not act as lead counsel.

2. Plaintiff's co-counsels are familiar with the facts and law in the case and Plaintiff will not be harmed in any manner by the withdrawal of Attorney La Marca.

3. Previously, Attorney La Marca was employed as an associate attorney by Erickson & Oppenheimer, PC, the firm representing the Plaintiff and helped prosecute the above captioned matter.

4. Attorney La Marca's employment with Erickson & Oppenheimer, PC has since ended and he has accepted a new position elsewhere. Plaintiff has been informed of Attorney La Marca's intention to withdraw and has no objection.

5. The case is not in a posture where the withdrawal of Attorney La Marca will have any impact on the ability of all parties to go forward.

**Conclusion**

For the reasons stated above, Attorney Franco La Marca, respectfully requests the leave of this Honorable Court to allow him to file his withdrawal in the above captioned case.

Respectfully submitted,

/s/ Franco La Marca
Franco S. La Marca
Attorney at Law
6147 N. Sheridan Rd. | 6B
Chicago, IL 60660
312.804.4615
ARDC: 6292220
