IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Caroline Smith-Flatow,<br>    Plaintiff,<br><br>    -vs-<br><br>The City of Chicago, et. al.<br>    Defendants. | No. 08 cv 00647<br><br>Honorable Judge Der-Yeghiayan |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 3, 2008, at 9:00 AM, before the Honorable Judge Der-Yeghiayan, I will present the attached **MOTION TO WITHDRAW**, copies of which will be submitted electronically to Defendants' counsels via ECF.

Respectfully submitted,

/s/Franco S. La Marca

_____

Franco S. La Marca, Esq.

### PROOF OF SERVICE

I, Franco S. La Marca, an attorney, on oath state that I served the above notice and the document referred therein, to Defendants' counsels electronically via ECF on August 27, 2008.

/s/Franco S. La Marca

_____

Franco S. La Marca, Esq.