# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 647 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Caroline Smith-Flatow vs. S Reyes , et al. | | |

**DOCKET ENTRY TEXT**

Franco S LaMarca 's motion to withdraw as counsel for Plaintiff [29] is granted. Franco S LaMarca is hereby given leave to withdraw as counsel for the Plaintiff. All dates previously set are to stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|