IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **CAROLINE SMITH-FLATOW** | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 647 |
| | ) | |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| **CITY OF CHICAGO, et al.,** | ) | |
| | ) | Magistrate Judge Denlow |
| Defendants. | ) | |
| | ) | |

**NOTICE OF MOTION**

To:    All Parties of Record

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' JOINT MOTION TO DISMISS COUNT VII OF PLAINTIFF'S FIRST AMENDED COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Der-Yeghiayan, or before such other Judge sitting in his place or stead, on the 17th day of September, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and present the attached motions.

**DATED** at Chicago, Illinois this 12th day of September 2008.

                                MARA S. GEORGES
                                CORPORATION COUNSEL
                                CITY OF CHICAGO

                        BY:    /s/ Helen C. Gibbons
City of Chicago, Department of Law        HELEN C. GIBBONS
30 North LaSalle Street, Suite 1020       Assistant Corporation Counsel
Chicago, Illinois  60602                  Attorney for Defendants
(312) 742-3541